IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACYE BENARD WASHINGTON,

       Plaintiff,                No. CIV S-11-1372 EFB P

   vs.

K. HARRINGTON, et al.,

       Defendants.        ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Kern Valley State Prison in Kern County, California.  Kern County is in the Fresno Division of this court and the action should have been commenced there.  *See* Local Rule 120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

    1.  This action is transferred to the Fresno Division.

    2.  The Clerk of Court shall assign a new case number.

////

////

1

3.  All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED:  May 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE